UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT LESAGE, <br><br> Plaintiff, <br><br> v. <br><br> GINA SPENCER-FAIRE, R.N., et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 13-11629-NMG <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

REPORT AND RECOMMENDATION ON
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
[Docket No. 55]

February 3, 2016

Boal, M.J.

Pro se plaintiff Robert LeSage, who is civilly committed at the Massachusetts Treatment

Center, alleges that the Defendants exhibited deliberate indifference to his medical needs in

violation of 42 U.S.C. § 1983. Docket No. 1. Defendants Gina Spencer-Faire, Carol McLellan,

and Lucy Rounsville have moved for summary judgment. Docket No. 55.[1] For the following

reasons, the Court recommends that the District Judge assigned to this case grant the Defendants'

motion.

I.     PROCEDURAL HISTORY

LeSage filed this action on July 3, 2013. Docket No. 1. Discovery closed on May 25,

2015. See Docket No. 52.

---

[1] On September 22, 2014, the District Court referred this case to the undersigned for full pretrial
management, including report and recommendation on dispositive motions. Docket No. 35.

Report and Recommendation accepted and
adopted. s/NMGorton, USDJ 2/26/16